COLONIAL TRUST COMPANY, Respondent, *v.* EASTERN TERRA COTTA REALTY CORPORATION et al., Appellants, et al., Defendants.

Submitted April 5, 1945; decided May 17, 1945.

*Francis X. Conway, Ernest Frederick Eidlitz* and *J. G. Fink* for Eastern Terra Cotta Realty Corporation and another, appellants.

*George Pollack* for Madden & Lane, Inc., appellant.

*George Gruberg* for Lily Carragher, appellant.

*Frederick T. Kelsey* and *Arthur J. Marangelo* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.